UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMERICAN FIDELITY MORTGAGE CORP., <br><br> Defendant. | Case No.:  07 Civ. 3701 (RJH) <br><br> ECF Case <br><br> **RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UBS Real Estate Securities Inc. (a private non-governmental party) certifies that UBS Real Estate Securities Inc. is an indirect wholly-owned subsidiary of UBS AG, a publicly-held corporation.

Dated:  May 10, 2007

                                        MILLER & WRUBEL P.C.

                            By:   /s/ Joel M. Miller
                                 Joel M. Miller (JS-2018)
                                 Charles R. Jacob III (CJ-4143)
                                 Jeremy M. Sher (JS-1422)
                                 250 Park Avenue
                                 New York, New York 10177
                                 (212) 336-3500

                                 Attorneys for Plaintiff
                                 UBS Real Estate Securities Inc.