AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 5/11/07 |
|---|---|
| NAME OF SERVER *(PRINT)* DEBORAH LAPOINTE | TITLE DIRECTOR/PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ XX Other *(specify)*: Under Section 306 Business Corporation Law.
Secretary of State of New York
41 State Street, Albany, N.Y. on:
AMERICAN FIDELITY MORTGAGE CORP:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/11/07
Date

[signature]
Signature of Server

100 State Street
Albany, N.Y. 12207
Address of Server

[signature]
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.