State of New York - Department of State
Receipt for Service

Receipt #: 200705110361          Cash #: 200705110157
Date of Service: 05/11/2007      Fee Paid: $40 - CHECK
Service Company: 10 D.L.S. INC. - 10

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: AMERICAN FIDELITY MORTGAGE CORP.

Plaintiff/Petitioner: UBS REAL ESTATE SECURITIES INC.

Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Secretary of State
By DONNA CHRISTIE