AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

UBS Real Estate Securities Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

American Fidelity Mortgage Corp.

**07 CV 3701**

**JUDGE HOLWELL**

TO: (Name and address of defendant)

American Fidelity Mortgage Corp.
1896 Morris Avenue
Union, New Jersey 07083

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel M. Miller
Miller & Wrubel P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAY 1 0 2007

CLERK _/s/ Marcos Quintero_           DATE

(BY) DEPUTY CLERK