PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
106 Corporate Park Drive
Suite 401
White Plains, NY 10604
(914) 251-1618
Attorneys for Defendant



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES, INC., | Case No. 07-CV-3701 |
| Plaintiff, | |
| - against - | |
| AMERICAN FIDELITY MORTGAGE CORP., | CONSENT ORDER EXTENDING TIME TO ANSWER |
| Defendant. | |

WHEREAS it appears that service of the summons and complaint herein was effected by delivery to the Secretary of State on May 11, 2007; and

WHEREAS Defendant seeks, and Plaintiff does not object to, additional time to file its responsive pleading in this matter; and

WHEREAS no prior request has been made by Defendant for additional time to file such pleading;

IT IS ON THIS \_11\_ DAY OF \_\_June\_\_, 2007

ORDERED that defendant's time to file a pleading in response to the complaint herein be and hereby is extended until June 20, 2007.

_____
Hon. Richard J. Holwell, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07
```

We consent to the entry of the within order.

                          PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
                          Attorneys for Defendant

Dated: June 1, 2007        By: _____
                                   Elliott Louis Pell, Esq. (ELP-3655)


                          MILLER & WRUBEL P.C.
                          Attorneys for Plaintiff

Dated: June 6, 2007        By _____
                                   Joel M. Miller, Esq. (JM-2018)