PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
106 Corporate Park Drive
Suite 401
White Plains, NY 10604
(914) 251-1618
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UBS REAL ESTATE SECURITIES, INC.,                    Case No. 07-CV-3701
                                                     ECF Case
                Plaintiff,

- against -

AMERICAN FIDELITY MORTGAGE CORP.,

                Defendant.
_____                **RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Fidelity Mortgage Corp. (a private non-governmental party) certifies that defendant does not have a parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated: June 20, 2007          PRICE, MEESE, S HULMAN & D'ARMINIO, P.C.
                              Attorneys for Defendant American Fidelity Mortgage Corp.


                              By: _____/s/ Elliott Louis Pell_____
                                    Elliott Louis Pell (ELP-3655)
                                    106 Corporate Park Drive, Suite 401
                                    White Plains, NY 10604
                                    Ph: 914-251-1618