UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UBS REAL ESTATE UTILITIES, INC

                    Plaintiff,

          -against-

AMERICAN FIDELITY MORTGAGE CORP.
                    Defendant.
---------------------------------------------------------------x

07 ____ CIVIL ____ 3701 ____ ( )

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____ ELLIOTT LOUIS PELL, ESQ. (ELP-3655) _____

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

          _____

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
    _____.

☒   *Address:* Price Meese Shulman & D'Arminio, PC, 106 Corporate Park Drive, Suite 401 White Plains, NY 10604

☒   *Telephone Number:* 914-251-1618

☒   *Fax Number:* 914-251-1230

☒   *E-Mail Address:* epell@pricemeese.com

Dated: _____      6-22-07