```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UBS REAL ESTATE SECURITIES,    :    07 Civ. 03701 (RJH)

                Plaintiff,    :

     -against-    :    **ORDER**

AMERICAN FIDELITY MORTGAGE,    :

                Defendant.    :

------------------------------------------------------------x

The pretrial conference scheduled for September 14, 2007 is rescheduled to October 05, 2007, at 09:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

                                          _____
                                          Richard J. Holwell
                                          United States District Judge