JAN -9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS REAL ESTATE SECURITIES INC.,

      Plaintiff,

-against-

AMERICAN FIDELITY MORTGAGE
CORP.,

      Defendant.

Case No.:  07 Civ. 3701 (RJH)

ECF Case

STIPULATION OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: 1/18/08

   IT IS HEREBY STIPULATED AND AGREED, by plaintiff UBS Real Estate Securities Inc. and defendant American Fidelity Mortgage Corp., by their respective undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) all claims in this Action are hereby dismissed without prejudice to renewal.

Dated: ~~December~~ January 9, ~~2007~~ 2008

MILLER & WRUBEL P.C.

By: _____
Joel M. Miller
250 Park Avenue
New York, New York 10177
(212) 336-3500

*Attorneys for Plaintiff
UBS Real Estate Securities Inc.*

PRICE, MEESE, SHULMAN &
D'ARMINIO, P.C.

By: _____
John R. Edwards
Mack-Cali Corporate Center
50 Tice Boulevard
Woodcliff Lake, New Jersey 07677-7644
(201) 391-3737

*Attorneys for Defendant
American Fidelity Mortgage Corp.*

1/16/08

SO ORDERED:

_____
Loretta A. Preska
U.S.D.J.